United States District Court
District of Connecticut
FILED AT NEW HAVEN
May 20th 2020
Robin D. Tabora, Clerk
By /s/
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-19-1

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:20CR 75 JCH-RAR |
| v. | VIOLATIONS: |
| EDIL RAMOS, a.k.a. "E" | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute and Distribution of Fentanyl, Cocaine, and Cocaine Base) |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of Firearm) |
| | 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute Fentanyl and Cocaine)

1.  On or about November 13, 2019, in the District of Connecticut, the defendant EDIL RAMOS, a.k.a. "E," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and a mixture and substance containing a detectable amount of cocaine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

1

## COUNT TWO
(Possession with Intent to Distribute, and Distribution of, Fentanyl and Cocaine Base)

2. On or about February 27, 2020, in the District of Connecticut, the defendant EDIL RAMOS, a.k.a. "E," knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
(Possession with Intent to Distribute, and Distribution of, Fentanyl and Cocaine Base)

3. On or about March 2, 2020, in the District of Connecticut, the defendant EDIL RAMOS, a.k.a. "E," knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
(Possession with Intent to Distribute, and Distribution of, Fentanyl and Cocaine Base)

4. On or about March 5, 2020, in the District of Connecticut, the defendant EDIL RAMOS, a.k.a. "E," knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT FIVE

(Possession with Intent to Distribute, and Distribution of, Fentanyl and Cocaine Base)

5. On or about March 17, 2020, in the District of Connecticut, the defendant EDIL RAMOS, a.k.a. "E," knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT SIX
(Possession with Intent to Distribute, and Distribution of, Fentanyl and Cocaine Base)

6. On or about April 6, 2020, in the District of Connecticut, the defendant EDIL RAMOS, a.k.a. "E," knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT SEVEN
(Possession with Intent to Distribute Fentanyl and Cocaine Base)

7. On or about April 8, 2020, in the District of Connecticut, the defendant EDIL RAMOS, a.k.a. "E," knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") and a mixture and substance containing a detectable amount of cocaine

base ("crack cocaine"), both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT
(Unlawful Possession of a Firearm by a Felon)

8. On or about April 8, 2020, in the District of Connecticut, the defendant EDIL RAMOS, a.k.a. "E," having been, and knowing that he had been, convicted in the Superior Court of the State of Connecticut of a crime punishable by a term of imprisonment exceeding one year, namely: (a) Possession of Narcotics, in violation of Conn. Gen. Stat. § 21a-279(a), on or about August 4, 2011; (b) Sale of Narcotics, in violation of Conn. Gen. Stat. § 21a-277(a), on or about October 20, 2008; (c) Sale of Narcotics, in violation of Conn. Gen. Stat. § 21a-277(a), on or about February 27, 2002; (d) Larceny 2nd Degree, in violation of Conn. Gen. Stat. § 53a-123, and Failure to Appear 1st Degree, in violation of Conn. Gen. Stat. § 53a-172, on or about December 23, 1999; and (e) Criminal Trover 1st Degree, in violation of Conn. Gen. Stat. § 53a-126a, on or about March 30, 1998, did knowingly possess a firearm in and affecting commerce, namely, a Springfield Armory, Model XP, 9mm semi-automatic pistol, bearing serial number US973801, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT NINE
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

9. On or about April 8, 2020, in the District of Connecticut, the defendant EDIL RAMOS, a.k.a. "E," did knowingly possess a firearm, namely, a Springfield Armory, Model XP, 9mm semi-automatic pistol, bearing serial number US973801, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, a violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as charged in Count Seven of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE ALLEGATION
(Controlled Substance Offenses)

10. Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Seven of this Indictment, the defendant EDIL RAMOS, a.k.a. "E," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violation and a sum of money equal to the total amount of proceeds obtained as a result of the offense, including, but not limited to:

 a. $4,459 in United States currency seized on or about November 13, 2019, from the person or possession of EDIL RAMOS, a.k.a. "E";

 b. $33,062 in United States currency seized on or about April 8, 2020 from 409-411 Wethersfield Avenue, Apartment 3R, Hartford, Connecticut;

 c. Springfield Armory, Model XP, 9mm semi-automatic pistol, bearing serial number US973801 seized on or about April 8, 2020 from 409-411 Wethersfield Avenue, Apartment 3R, Hartford, Connecticut; and

 d. Assorted jewelry seized on or about April 8, 2020 from 409-411 Wethersfield Avenue, Apartment 3R, Hartford, Connecticut, to include: one Elgin watch; one bracelet; one gold chain with medallion; one gold chain with "nail logo medallion; and one bracelet with "money" logo medallion.

11. If any of the above-described forfeitable property, as a result of any act or omission of the defendant named in this Indictment: (a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearm Offenses)

12. Upon conviction of Counts Eight or Nine of this Indictment, the defendant EDIL RAMOS, a.k.a. "E," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following: a Springfield Armory, Model XP, 9mm semi-automatic pistol, bearing serial number US973801.

All in accordance with Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

BRIAN P. LEAMING
ASSISTANT UNITED STATES ATTORNEY